UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA M LAMBRIX, et al., <br>     Plaintiffs, <br>     v. <br> TESLA, INC., <br>     Defendant. | Case No. 23-cv-01145-TLT <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |
| ROBERT ORENDAIN, <br>     Plaintiff, <br>     v. <br> TESLA, INC., <br>     Defendant. | Case No. 23-cv-01157-TLT |
| SEAN BOSE, <br>     Plaintiff, <br>     v. <br> TESLA, INC., <br>     Defendant. | Case No. 23-cv-01496-TLT |
| PATRICK DOYLE, <br>     Plaintiff, <br>     v. <br> TESLA, INC., <br>     Defendant. | Case No. 23-cv-01543-TLT |

| | |
|---|---|
| PHILOMENA FOCHWANG NANA-ANYANGWE,<br><br>    Plaintiff,<br><br>  v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No. 23-cv-02035-TLT |
| ANDREW RAGONE,<br><br>    Plaintiff,<br><br>  v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No. 23-cv-02352-TLT |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>TRIAL DATE</u>:  July 7, 2025, at 8:30 a.m. (in person)
   No. of Days: 15
   Courtroom 9, 19th Floor
   Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE</u>:  June 12, 2025, at 3:30 p.m. (in person)
   Last day to *file* joint pretrial statement, including objections: May 22, 2025
   **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**

3. <u>DISPOSITIVE MOTIONS</u>:  <u>Last day to *file* dispositive and Daubert motions</u>: April 1, 2025

   <u>Last day to *file* oppositions to dispositive and *Daubert* motions</u>: April 15, 2025

   <u>Last day to file replies in support of dispositive and *Daubert* motions</u>: April 22, 2025

2

|   |   |   |
|---|---|---|
|   |   | Last day to be heard:<br>May 6, 2025, at 2:00 p.m. (in person)<br>**See Civil Local Rules for notice and filing requirements.** |
| 4. | EXPERT DISCOVERY CUT-OFF: | March 3, 2025 |
| 5. | MERITS EXPERT REPORTS: | Opening reports by January 20, 2025<br>Rebuttal reports by February 10, 2025 |
| 6. | ADR: | ADR Deadline: December 12, 2024<br><br>The parties shall meet and confer further to reach an agreement on an ADR process within 10 days of the issuance of this order. Within that same time frame, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need of ADR Phone Conference." |
| 7. | FACT DISCOVERY CUT-OFF | November 8, 2024 |
| 8. | MOTION FOR CLASS CERTIFICATION: | Last day to *file* motion for class certification: July 8, 2024 (35 pages)<br><br>Last day to *file* opposition to motion for class certification:<br>July 22, 2024 (35 pages)<br><br>Last day to *file* reply to motion for class certification: July 29, 2024 (25 pages)<br><br>Hearing on motion for class certification:<br>August 27, 2024, at 2:00 p.m. (in person) |
| 9. | CLASS CERTIFICATION EXPERT REPORTS | Opening reports by May 10, 2024<br>Rebuttal reports by June 21, 2024 |
| 10. | DEADLINE FOR SUBSTANTIAL COMPLETION OF DOCUMENT PRODUCTIONS | March 15, 2024 |

3

| | | |
|---|---|---|
| 11. | FURTHER STATUS CONFERENCE: | September 14, 2023, at 2:00 p.m. |
| 12. | CONSOLIDATED AMENDED COMPLAINT: | Last day to *file* consolidated amended complaint: July 17, 2023 |
| | | Last day to *file* motion to dismiss consolidated amended complaint: July 31, 2023 (35 pages) |
| | | Last day to *file* opposition to motion to dismiss: August 14, 2023 (35 pages) |
| | | Last day to *file* reply to opposition to motion to dismiss: August 21, 2023 (20 pages) |
| | | Hearing on motion to dismiss consolidated amended complaint: September 5, 2023, at 2:00 p.m. (in person) |
| 13. | DEADLINE FOR INITIAL DISCLOSURES: | July 10, 2023 |
| 14. | MOTION TO APPOINT INTERIM CLASS COUNSEL | Motion filed on June 20, 2023 |
| | | Last day to *file* opposition, statement of non-opposition, or stipulation to motion to appoint interim class counsel: July 5, 2023 |
| | | Last day to *file* reply to opposition to motion to appoint interim class counsel: July 12, 2023 |
| | | Hearing on motion to appoint interim class counsel or last day for order to issue if no opposition is filed: July 25, 2023, at 2:00 p.m. (in person) |
| 15. | MOTION TO COMPEL ARBITRATION (*ORENDAIN*) | Motion filed on June 9, 2023 |
| | | Last day to *file* opposition to motion to compel arbitration: June 23, 2023 |
| | | Last day to *file* reply to opposition to motion to compel arbitration: June 30, 2023 |

4

<u>Hearing on motion to compel arbitration:</u>
September 5, 2023, at 2:00 p.m. (in person)

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

## JURY TRIAL

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

## SCHEDULING ORDER MODIFICATIONS

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

This Order terminates the following docket numbers:

(1) ECF Nos. 36 and 57 in 3:23-cv-01145-TLT- *Lambrix v. Tesla, Inc.*

(2) ECF Nos. 22 and 43 in 3:23-cv-01157-TLT- *Orendain v. Tesla, Inc.*

(3) ECF Nos. 16 and 31 in :23-cv-01496-TLT - *Bose v. Tesla, Inc.*

(4) ECF Nos. 14 and 30 in 3:23-cv-01543-TLT- *Doyle v. Tesla, Inc.*

(5) ECF Nos. 16 and 31 in 3:23-cv-02035-TLT - *Nana-Anyangwe v. Tesla, Inc.*

(6) ECF Nos. 19 and 24 in 3:23-cv-02352-TLT - *Ragone v. Tesla, Inc.*

**IT IS SO ORDERED.**

Dated: June 21, 2023

TRINA L. THOMPSON
United States District Judge