# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**<br><br>Judge:　　Honorable Trina L. Thompson |

Pursuant to the Parties' Stipulated Motion to Voluntarily Dismiss with Prejudice, the Court hereby dismisses *Lambrix, et al. v. Tesla, Inc.*, Case No. 3:23-cv-1145-TLT (Lead Case), and the consolidated cases: Case Nos. 3:23-cv-1496-TLT; 3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.  All cases are dismissed with prejudice, but without costs and attorneys' fees to either party.

IT IS SO ORDERED.

Dated: _____June 9_____, 2025            _____
                                         The Honorable Trina L. Thompson
                                         United States District Judge